HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE ENRIQUE OROPEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE ENRIQUE OROPEZA,<br><br>　　　　　　Defendant. | Case No. 1:23-cr-00033-ADA-BAM<br><br>STIPULATION TO MODIFY CONDITION OF PRETRIAL RELEASE; ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Jose Enrique Oropeza, that Condition (7)(m) of Mr. Oropeza's pretrial release, initially imposed on March 31, 2023 (*see* Dkt. #16, 18), be modified. Specifically, it is requested that the last sentence of Condition (7)(m), the location monitoring (curfew) condition, be modified to state as follows:

> **CURFEW**: You are restricted to your residence every Monday through Friday (or on any working day) from **11:00 p.m. to 6:00 a.m.**, and every Saturday and Sunday from **9:00 p.m. to 6:00 a.m.** or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment, or court-ordered obligations; and

　　Mr. Oropeza was released on conditions on March 31, 2023. *See* Dkt. #16, 18. One of the

conditions imposed, Condition (7)(m), required that Mr. Oropeza be subject to location monitoring at the curfew level, and that he be restricted to his residence between 9:00 p.m. and 6:00 a.m. every day, unless adjusted by the Pretrial Services Officer. *See* Dkt. #18. Mr. Oropeza is currently employed full-time and his work schedule is 12:00 p.m. to 10:00 p.m. Monday through Friday. Following his release, Mr. Oropeza checked in with his Pretrial Services Officer in the Central District of California where he resides. Mr. Oropeza informed his Pretrial Services Officer of his work schedule and was advised by Pretrial Services to modify the time restrictions of his curfew in order to permit a later return time on the days he works.

Accordingly, the parties hereby stipulate and agree to modify Condition (7)(m), the location monitoring (curfew) condition, to accommodate Mr. Oropeza's work schedule. Neither Pretrial Services nor the government object to the above modification. All other terms and conditions of Mr. Oropeza's pretrial release, previously imposed, shall remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: April 4, 2023

*/s/ Antonio Pataca*
ANTONIO PATACA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 4, 2023

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JOSE ENRIQUE OROPEZA

# **O R D E R**

IT IS SO ORDERED. Condition (7)(m) of Mr. Oropeza's pretrial release is hereby modified as set forth above with the authority given to the Pretrial Services officer to set the time based on defendant's work schedule only. That time shall be set by the Pretrial Services officer and conveyed to the defendant before any times are changed. All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **April 4, 2023**

UNITED STATES MAGISTRATE JUDGE