UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>JOSE ENRIQUE ORPEZA,<br>ROSENDO RENE RAMIREZ,<br>DAVID RAMIREZ JR,<br><br>　　　　　　　　　Defendants. | CASE NO. 1:23-CR-00033-ADA-BAM<br><br>ORDER UNSEALING CASE AS TO NAMED DEFENDANTS AND FILING REDACTED INDICTMENT<br><br>**UNSEALING ORDER** |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-mentioned case be unsealed as to the above-named defendants but that the previously filed Indictment remain under seal. IT IS FURTHER ORDERED that the redacted Indictment submitted by the United States be filed on the public docket.

IT IS SO ORDERED.

Dated:  **April 7, 2023**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE