1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JOSE ENRIQUE OROPEZA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:23-cr-00033-ADA-BAM-3

12 |        Plaintiff, | STIPULATION TO MODIFY CONDITION OF PRETRIAL RELEASE; ORDER

13 | vs. |

14 |   |
15 | JOSE ENRIQUE OROPEZA, |
   |        Defendant. |
16

17

18

19     IT IS HEREBY STIPULATED, by and between the parties, through their respective

20 counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant

21 Federal Defender Reed Grantham, counsel for defendant Jose Enrique Oropeza, that the Court

22 modify Mr. Oropeza's conditions of pretrial release, initially imposed on March 31, 2023. *See*

23 Dkt. #16, 18. Specifically, it is requested that the Court add Condition (7)(p) to Mr. Oropeza's

24 conditions of pretrial release, and that Condition (7)(p) state as follows:

25         You must participate in a program of medical or psychiatric
           treatment, including treatment for drug or alcohol dependency, as
26         approved by the pretrial services officer. You must pay all or part
           of the costs of the counseling services based upon your ability to
27         pay, as determined by the pretrial services officer.

28

1    Mr. Oropeza was released on conditions on March 31, 2023. *See* Dkt. #16, 18. Those
2  conditions did not include a condition with respect to counseling and treatment for mental health.
3  After discussing the matter with Mr. Oropeza's supervising Pretrial Services Officer in the
4  Central District of California, the parties are in agreement to add Condition (7)(p) to provide Mr.
5  Oropeza with counseling and treatment resources. Accordingly, the parties, including Pretrial
6  Services in both the Central and Eastern Districts of California, hereby stipulate and agree to add
7  Condition (7)(p). All other terms and conditions of Mr. Oropeza's pretrial release, previously
8  imposed, shall remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: May 31, 2023         */s/ Antonio Pataca*
ANTONIO PATACA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: May 31, 2023          */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JOSE ENRIQUE OROPEZA

**O R D E R**

IT IS SO ORDERED. The Court hereby adds Condition (7)(p) above to Mr. Oropeza's conditions of pretrial release. All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **May 31, 2023**

_____
UNITED STATES MAGISTRATE JUDGE