1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JOSE ENRIQUE OROPEZA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:23-cr-00033-NODJ-BAM |
12 | Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
13 | vs. | |
14 | JOSE ENRIQUE OROPEZA, | |
15 | Defendant. | |

18         Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Jose Oropeza, having been
19 advised of his right to be present at all stages of the proceedings, hereby requests that this Court
20 permit him to waive his right to personally appear at the status conference hearing on March 13,
21 2024, at 1:00 p.m., and for all non-substantive proceedings in this matter pursuant to this waiver.
22 Mr. Oropeza agrees that his interests shall be represented at all times by the presence of his
23 attorney, Assistant Federal Defender, Reed Grantham, the same as if Mr. Oropeza were
24 personally present, and requests that this Court allow his attorney-in-fact to represent his
25 interests at all times.
26 //
27 //
28 //

Respectfully submitted,

Date: March 7, 2024    *Original Signature on File*
JOSE ENRIQUE OROPEZA

HEATHER E. WILLIAMS
Federal Defender

Date: March 7, 2024    */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JOSE ENRIQUE OROPEZA

## **O R D E R**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived for the status conference hearing on March 13, 2024, at 1:00 p.m. and for all non-substantive proceedings in this matter pursuant to this waiver until further order of the Court.

IT IS SO ORDERED.

Dated: __March 7, 2024__    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Oropeza - Rule 43 Waiver

2