1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JOSE ENRIQUE OROPEZA
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | Case No. 1:23-cr-00033-ADA-BAM-3
12 |                    Plaintiff,       | STIPULATION TO MODIFY CONDITION OF
                                         | PRETRIAL RELEASE; ORDER
13 | vs.                                 |
14 |                                     |
   | JOSE ENRIQUE OROPEZA,               |
15 |                                     |
   |                    Defendant.       |
16

17

18

19     IT IS HEREBY STIPULATED, by and between the parties, through their respective

20 counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant

21 Federal Defender Reed Grantham, counsel for defendant Jose Enrique Oropeza, that the Court

22 modify Mr. Oropeza's conditions of pretrial release initially imposed on March 31, 2023, *see*

23 Dkt. #18, and modified on April 4, 2023, *see* Dkt. #24, and on June 1, 2023, *see* Dkt. #74.

24 Specifically, the parties stipulate that the Condition (7)(m) of Mr. Oropeza's conditions of

25 pretrial release be removed. Condition (7)(m) provides that Mr. Oropeza:

26         [P]articipate in the following Location Monitoring program
           component and abide by all the requirements of the program, which
27         will include having a location monitoring unit installed in your
           residence and a radio frequency transmitter device attached to your
28         person. You must comply with all instructions for the use and

> operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay as determined by the pretrial services officer. CURFEW: You are restricted to your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment, or court-ordered obligations.

Dkt. #18 at 2. This condition was modified in part in a stipulation submitted by the parties and signed by the Court on April 4, 2023. *See* Dkt. #24. At that time, Condition (7)(m) was modified as set forth below:

> CURFEW: You are restricted to your residence every Monday through Friday (or on any working day) from 11:00 p.m. to 6:00 a.m., and every Saturday and Sunday from 9:00 p.m. to 6:00 a.m. or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment, or court-ordered obligations.

Dkt. #24 at 2. This change was to accommodate Mr. Oropeza's work schedule. *See* Dkt. #24 at 2.

Mr. Oropeza has now been released on conditions since March 31, 2023. *See* Dkt. #16, 18. Since that time, he has been subject to a location monitoring condition at the curfew level. Over this period of time—approximately 15 months—he has been in compliance with all of his terms and conditions of pretrial release, including the location monitoring condition. In light of this, and after consultation with the Pretrial Services Office in both the Central and Eastern Districts of California, the parties are in agreement to remove Condition (7)(m).

All other terms and conditions of Mr. Oropeza's pretrial release, previously imposed, shall remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: August 7, 2024        */s/ Antonio Pataca*
                             ANTONIO PATACA
                             Assistant United States Attorney
                             Attorney for Plaintiff

|   |   |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: August 7, 2024 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE ENRIQUE OROPEZA |

**O R D E R**

The above term and condition of Mr. Oropeza's pretrial release, previously imposed on March 31, 2023, and modified on April 4, 2023, is hereby removed as set forth above. All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated: **August 7, 2024**            /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE