HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE OROPEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE OROPEZA,<br><br>Defendant. | Case No. 1:23-cr-00033-NODJ-BAM-3<br><br>STIPULATION TO VACATE STATUS CONFERENCE, TRIAL CONFIRMATION, AND TRIAL DATE, AND TO SET CHANGE OF PLEA HEARING; AND ORDER |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Jose Oropeza, that, as to Mr. Oropeza, the status conference currently scheduled for May 28, 2025, at 1:00 p.m., the trial confirmation currently scheduled for September 15, 2025, at 8:30 a.m., and the trial currently scheduled for September 30, 2025, at 8:30 a.m. may be vacated and a change of plea hearing be set for March 24, 2025, at 9:00 a.m.

The parties have executed a plea agreement in this matter, and, as a result, the parties are requesting to vacate the scheduled status conference, trial confirmation, and trial date as to Mr. Oropeza, and to set a change of plea hearing for Mr. Oropeza on March 24, 2025. This request is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date

1  for both parties. The parties stipulate that for the purpose of computing time under the Speedy
2  Trial Act, the Court should exclude time from the date of this order through March 24, 2025,
3  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are
4  served by setting this change of plea hearing outweigh the best interest of the public and the
5  defendant in a speedy trial.

                      Respectfully submitted,

                      HEATHER E. WILLIAMS
                      Federal Defender

Date: February 7, 2025              */s/ Reed Grantham*
                      REED GRANTHAM
                      Assistant Federal Defender
                      Attorney for Defendant
                      JOSE OROPEZA


                      MICHELE BECKWITH
                      Acting United States Attorney

Date: February 7, 2025              */s/ Antonio Pataca*
                      ANTONIO PATACA
                      Assistant United States Attorney
                      Attorney for Plaintiff

## ORDER

IT IS SO ORDERED that the jury trial set for September 30, 2025, trial confirmation set for September 15, 2025, and status conference set for May 28, 2025, is hereby vacated as to defendant Jose Oropeza. A change of plea hearing is set for **March 24, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **February 7, 2025**            /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE