HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE OROPEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00033-TLN-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| vs. | |
| JOSE OROPEZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Jose Oropeza, that the sentencing hearing currently scheduled for July 28, 2025, may be continued to October 20, 2025, at 10:00 a.m.

Mr. Oropeza entered a plea of guilty to Count 1 of the Information on March 24, 2025. *See* Dkt. #144. The matter was then scheduled for sentencing on July 28, 2025. *See* Dkt. #144. The draft Presentence Investigation Report (PSR) was filed on June 13, 2025, *see* Dkt. #167, and a final PSR was issued on July 7, 2025, *see* Dkt. #169.

The parties are herein requesting to continue sentencing this matter to October 20, 2025. Counsel for Mr. Oropeza requires additional time and opportunity to research an issue related to a previously raised informal objection in order to determine whether a formal objection is

1  necessary. Additionally, the parties require additional time to discuss an issue related to
2  sentencing in this matter. Lastly, counsel for Mr. Oropeza has a trial scheduled to begin August
3  19, 2025. In order to provide sufficient time and opportunity to be adequately prepared for
4  sentencing in this matter, counsel for Mr. Oropeza is requesting that sentencing in this matter be
5  continued to October 20, 2025.

6  The requested continuance is made with the intention of conserving time and resources
7  for both the parties and the Court. The government is in agreement with this request and the
8  requested date is a mutually agreeable date for both parties, including the probation officer who
9  prepared the PSR in this matter. As this is a sentencing hearing, no exclusion of time is
10 necessary.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 14, 2025                  */s/ Reed Grantham*
                                     REED GRANTHAM
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JOSE OROPEZA


                                     MICHELE BECKWITH
                                     Acting United States Attorney

Date: July 14, 2025                  */s/ Antonio Pataca*
                                     ANTONIO PATACA
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, July 28, 2025, at 9:30 a.m. be continued to **Monday, October 20, 2025, at 10:00 a.m., in Courtroom 5 before District Judge Dale A. Drozd.**

Date: July 14, 2025

Troy L. Nunley
Chief United States District Judge