HEATHER E. WILLIAMS, Bar #122664
Federal Defender
REED GRANTHAM, Bar #294171
Assistant Federal Defender
Officer of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE ENRIQUE OROPEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:23-cr-00033-TLN-BAM-3 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO EXONERATE BOND |
| vs. | |
| JOSE ENRIQUE OROPEZA, | |
| Defendant. | |

Defendant Jose Enrique Oropeza hereby moves this Court to exonerate the cash bond that was posted in this matter on March 31, 2023, pursuant to Rule 46 of the Federal Rules of Criminal Procedure. *See* Dkt. #16, #17.

On February 16, 2023, Mr. Oropeza was charged in an Indictment in the Eastern District of California. *See* Dkt. #1. Mr. Oropeza was arrested and made his initial appearance on March 29, 2023. *See* Dkt. #12, #15. On March 31, 2023, a detention hearing was held in this matter. *See* Dkt. #16. At the detention hearing, Mr. Oropeza was ordered released on a term and condition that included the posting of a $3,000 cash bond. Dkt. #17, #18, #19. The cash bond was posted by Mr. Oropeza's brother-in-law, Francisco Diaz, on March 31, 2023, and Mr. Oropeza was released from custody. *See* Dkt. #17, #18.

| 03/31/2023 | 17 | CASH BOND POSTED as to Jose Enrique Oropeza in amount of $ 3,000.00, Receipt # 100000033. (Lundstrom, T) (Entered: 03/31/2023) |

Mr. Oropeza remained on pretrial release during the pendency of his case. On March 24, 2025, Mr. Oropeza entered a plea of guilty to Count 1 of an Information. *See* Dkt. #144. On October 20, 2025, Mr. Oropeza was sentenced to 60 months of probation. *See* Dkt. #185. A judgment issued on October 24, 2025. *See* Dkt. #187.

Since Mr. Oropeza is no longer on pretrial release and no conditions remain to be satisfied, it is requested that the $3,000 cash bond be exonerated and the funds returned to Mr. Oropeza's brother-in-law, Mr. Francisco Diaz, pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

The government has no objection to this motion to exonerate the cash bond in this case. Accordingly, since no conditions remain to be satisfied and exoneration of the cash bond is in the interest of justice, it is requested that the Court exonerate the cash bond and order the return of the funds to Francisco Diaz.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 27, 2025

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JOSE ENRIQUE OROPEZA

**ORDER**

The Court finds that Jose Enrique Oropeza has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $3,000.00 cash bond in the above-captioned case and reconvey the funds to Francisco Diaz who originally posted the cash bond. IT IS SO ORDERED.

DATED: 10/28/2025

SHEILA K. OBERTO
United States Magistrate Judge